FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

APR 1 3 2001

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| VACCICELL, INC. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. W-01-CA-081 |
| | § | |
| INTERVET INC. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on this day the Court considered the Agreed Motion to Dismiss With Prejudice, filed by the Plaintiff and Defendant in the above-entitled and numbered cause. The Courts is of the opinion and finds that all matters in dispute by and between the parties have been fully and finally compromised and settled.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the above entitled and numbered cause be and the same is hereby dismissed with prejudice to the right of any party to refile the same or any part therof.

IT IS FURTHER ORDERED that all costs of Court are taxed against the party who incurred the same.

IT IS FURTHER ORDERED that all relief not expressly granted herein is hereby expressly DENIED.

SIGNED this _13_ day of _April_ 2001.

_____
JUDGE PRESIDING

AGREED AND APPROVED:

Naman, Howell, Smith & Lee, P.C.
900 Washington, 7th Floor
P.O. Box 1470
Waco, Texas 76703-1470
(254) 755-4100
(254) 754-6331 (Fax)

By: _____
    Bruce Burleson
    State Bar No. 03419700
    Attorney for Plaintiff


Haley & Davis, P.C.
510 North Valley Mills Drive, Suite 600
Waco, Texas 76710
(254) 776-3336
(254) 776-6823 (Fax)

By: _____
    Les Palmer
    SBT No. 15432400
    Alfred Mackenzie
    SBT No. 12761550
    Attorneys for Defendant